UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KIRT BOBBY STONE**                                   **CIVIL ACTION**

**VERSUS**                                                      **NO. 16-1321**

**MARLIN N. GUSMAN, ET AL.**                    **SECTION: "B"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motions to dismiss filed by Correct Care Solutions, LLC, and Aramark Correctional Services, LLC, are **GRANTED** and that the claims against those defendants are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Sheriff Marlin Gusman are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 18th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE